IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| LEROY ORANGE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 168 |
| | ) | |
| v. | ) | Judge James F. Holderman |
| | ) | |
| JON BURGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MADISON HOBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03 C 3678 |
| v. | ) | |
| | ) | Judge Marvin Aspen |
| JON BURGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STANLEY HOWARD | ) | |
| | ) | No. 03 C 8381 |
| Plaintiff, | ) | |
| | ) | Judge Wayne Andersen |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO ENFORCE SETTLEMENT AND FOR SANCTIONS**

Plaintiffs Orange, Hobley, and Howard, in the three cases that have been previously consolidated for settlement purposes, move, on the basis of the complete memorandum of facts and law that will be filed, for enforcement of the $14.8 million dollar settlement agreed to by the Plaintiffs and the City of Chicago on November 3,

1

2006. Additionally, Plaintiffs seek punitive sanctions against the City of Chicago for its egregious bad faith, which mediating Federal Judge Marvin Aspen found to be "unprecedented" in his 27 year career as a Federal Judge, for refusing to honor its agreement to settle, which was approved at the "highest levels" of City government, in the form of attorneys fees, costs, and interest, from the date of agreement until full payment is received, and the right to proceed against Richard M. Daley as a County Defendant for his alleged participation in an obstruction of justice, racketeering and civil rights conspiracy while State's Attorney of Cook County.

If the case is not resolved against the City and the individual City Defendants by this motion, Plaintiffs seek, pursuant to, *inter alia*, Fed. R. Civ. P. 16(f), and 37, and 28 U.S.C. §1927, issue related sanctions, including, but not limited to, a default judgment against the City of Chicago on each and every *Monell* and state law claim brought against it in these cases; an order that the City Defendants be precluded from benefiting from the delay and litigation advantage occasioned by the City's bad faith, *inter alia*, by barring their police defendants from repudiating the Fifth Amendment at trial; an order granting Plaintiffs leave to file amended complaints joining Richard Daley and Jane Byrne as Defendants; an order striking any and all agreements and court orders entered regarding discovery and/or trial made while the Plaintiffs awaited the presentation of the settlement agreement to City Council or were otherwise influenced by the settlement agreement; and attorneys fees and costs for all time expended pursuing settlement and litigating this motion.

Additionally, Plaintiffs seek a full evidentiary hearing on this motion at which all knowledgeable City officials and attorneys will testify concerning the agreement to settle.

Dated: February 19, 2007　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/G. Flint Taylor
　　　　　　　　　　　　　　　　　　　　　　G. Flint Taylor
　　　　　　　　　　　　　　　　　　　　　　Michael Deutsch
　　　　　　　　　　　　　　　　　　　　　　Joey Mogul
　　　　　　　　　　　　　　　　　　　　　　Ben Elson
　　　　　　　　　　　　　　　　　　　　　　Peoples Law Office
　　　　　　　　　　　　　　　　　　　　　　1180 N. Milwaukee Ave
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60622

　　　　　　　　　　　　　　　　　　　　　　Professor J. Sam Tenenbaum
　　　　　　　　　　　　　　　　　　　　　　Bluhm Legal Clinic
　　　　　　　　　　　　　　　　　　　　　　Northwestern University Law School
　　　　　　　　　　　　　　　　　　　　　　357 E. Chicago Ave.
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60611

　　　　　　　　　　　　　　　　　　　　　　Jon Loevy
　　　　　　　　　　　　　　　　　　　　　　Kurt Feuer
　　　　　　　　　　　　　　　　　　　　　　Jon Rosenblatt
　　　　　　　　　　　　　　　　　　　　　　Loevy and Loevy
　　　　　　　　　　　　　　　　　　　　　　312 N. May Street
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60607

　　　　　　　　　　　　　　　　　　　　　　Professor Andrea Lyon
　　　　　　　　　　　　　　　　　　　　　　Center for Justice in Capital Cases
　　　　　　　　　　　　　　　　　　　　　　DePaul University College of Law
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60604

　　　　　　　　　　　　　　　　　　　　　　For the Plaintiffs