IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEROY ORANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04 C 0168 |
| v. ) | |
| ) | Judge James F. Holderman |
| FORMER CHICAGO POLICE LT. JON ) | |
| BURGE, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to a Release and Settlement Agreement, and therefore, Defendants City of Chicago, Terry Hillard, Thomas Needham, Leroy Martin, Gayle Shines, Jon Burge, Daniel McWeeny, Leonard Bajenski, David Dioguardi, Robert Flood, Raymond Madigan, Dennis McGuire, and Raymond McNally should be dismissed with prejudice from this cause, with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Respectfully submitted,

By: _____
One of the Attorneys for Plaintiff, LEROY ORANGE

By: _____
One of the Attorneys for Defendants, CITY OF CHICAGO, TERRY HILLARD, and THOMAS NEEDHAM

By: _____
One of the Attorneys for Defendants, LEROY MARTIN and GAYLE SHINES


By: /s/
One of the Attorneys for Defendants, JON BURGE, DANIEL MCWEENY, LEONARD BAJENSKI, DAVID DIOGUARDI, ROBERT FLOOD, RAYMOND MADIGAN, DENNIS MCGUIRE and RAYMOND MCNALLY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEROY ORANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04 C 0168 |
| v. ) | |
| ) | Judge James F. Holderman |
| FORMER CHICAGO POLICE LT. JON ) | |
| BURGE, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation to Dismiss, certain parties having reached an agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff Leroy Orange (by his attorneys, J. Samuel Tenenbaum of Northwestern University Legal Clinic and G. Flint Taylor of People's Law Office), Defendant City of Chicago (by its attorneys, Mara S. Georges, Corporation Counsel of the City of Chicago and Terrence M. Burns of Dykema Gossett), and Individual Defendants Leroy Martin and Gayle Shines (by their attorney, Eileen Letts of Greene & Letts), Thomas Needham and Terry Hillard (by their attorney, Terrence M. Burns of Dykema Gossett), and Jon Burge, Daniel McWeeny, Leonard Bajenski, David Dioguardi, Robert Flood, Raymond Madigan, Dennis McGuire, and Raymond McNally (by their attorney, Richard T. Sikes of Freeborn & Peters), with plaintiff and Defendant City having entered into a Release and Settlement Agreement, and the parties having reached an agreed Stipulation to Dismiss, and the Chicago City Council having authorized the settlement reflected in the Release and Settlement Agreement:

The Court, being advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff Leroy Orange against Defendant City of Chicago and Individual Defendants Leroy Martin, Gayle Shines, Thomas Needham, Terry Hillard, Jon Burge, Daniel McWeeny, Leonard Bajenski, David Dioguardi, Robert Flood, Raymond Madigan, Dennis McGuire, and Raymond McNally, and the Estate of John McCabe, are dismissed with

prejudice, in termination of the right to reinstate specified in paragraph 3 of the Release and Settlement Agreement, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

The Court expressly finds the settlement reflected in the Release and Settlement Agreement was made and entered into in good faith. To the extent applicable, Defendants City of Chicago, Leroy Martin, Gayle Shines, Thomas Needham, Terry Hillard, Jon Burge, Daniel McWeeny, Leonard Bajenski, David Dioguardi, Robert Flood, Raymond Madigan, Dennis McGuire, Raymond McNally, and the Estate of John McCabe are discharged from any and all liability for contribution to any other tortfeasor, pursuant to the Illinois Contribution Act (740 ILCS 10010.01 *et seq.*). This action remains pending against Defendants Cook County, Richard Devine, and Dennis Dernbach.

The Court retains jurisdiction to enforce the settlement as reflected in the Release and Settlement Agreement.

ENTER:

_____
District Court Judge
UNITED STATES DISTRICT COURT

DATE: _____

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing **Stipulation to Dismiss and Draft Final Agreed Order of Dismissal** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

G. Flint Taylor, Jr.
Joey L. Mogul
Michael E. Deutsch
People's Law Office
1180 North Milwaukee Avenue
Chicago, Illinois 60622
Phone: 773.235.0070
Fax: 773.235.6699

Thomas F. Geraghty
J. Samuel Tenenbaum
Cathryn S. Crawford
Northwestern University Legal Clinic
357 East Chicago Avenue
Chicago, Illinois 60611
Phone: 312.503.8576
Fax: 312.503.8977

Richard T. Sikes, Jr.
Terrence J. Sheahan
Freeborn and Peters
311 South Wacker Drive
Chicago, Illinois 60606
Phone: 312.360.6000
Fax: 312.360.6571

Eileen M. Letts
Greene and Letts
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
Fax: 312.346.4571

Patrick T. Driscoll, Jr.
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
Phone: 312.603.6461
Fax: 312.603.5735

Patricia C. Bobb
Patricia C. Bobb & Associates
833 West Jackson Boulevard, Suite 200
Chicago, Illinois 60607
Fax: 312.829.3367

s/ Paul A. Michalik
Paul A. Michalik