**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LEROY ORANGE,** | ) | |
| | ) | **04 C 168** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Honorable Judge James F. Holderman** |
| | ) | |
| **JON BURGE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED AMENDED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation to Dismiss filed on March 29, 2010, the parties having reached an agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff Leroy Orange (by his attorneys, G. Flint Taylor of the People's Law Office and J. Samuel Tenenbaum of Northwestern University Legal Clinic), Defendant Dennis Dernbach (by his attorneys Patricia C. Bobb and Patrick T. Driscoll) and Defendant County of Cook (by its attorney Patrick T. Driscoll) having entered into a Release and Settlement Agreement, which the parties agree is confidential pursuant to the terms contained within the Release and Settlement Agreement, and the parties having reached an agreed Stipulation to Dismiss which was filed on March 29, 2010, and the Cook County Board having authorized the settlement reflected in the Release and Settlement Agreement:

The Court, being advised in the premises and pursuant to the requests of the parties, hereby orders that Plaintiff Orange's claims are dismissed against Defendant Dernbach with prejudice.

This Court orders the parties to abide by each of the terms of the Release and Settlement Agreement. In the event of any dispute arising under the Release and Settlement Agreement, this

final order, or the final judgment to be entered, the parties agree that the Release and Settlement Agreement may be enforced through the use of this Court's civil contempt power under 18 U.S.C. § 401. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this order to be specific in terms or to describe in reasonable detail and without reference to the Release and Settlement Agreement the act or acts restrained or required. In the event said contempt action is necessary, the Court orders the parties to file the Release and Settlement Agreement with the Court under seal.

ENTER:

_____
District Court Judge James F. Holderman
UNITED STATES DISTRICT COURT

DATE:  March 30, 2010